# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS STEVEN MILLER,<br><br>　　　　Defendant. | 3:19-CR-057-MMD-WGC<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Douglas Steven Miller to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which Douglas Steven Miller pled guilty. Indictment, ECF No. 1; Plea Agreement, ECF No. 27; Change of Plea, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 29, 2020, through November 27, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 37-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Seagate Barracuda 8GB hard drive;
2. Western Digital 1TB hard drive, serial number WCC4J3877143;
3. Western Digital 250GB hard drive, serial number WXJOA79E8689;
4. Seagate 4TB External hard drive, serial number NA9F5B13;
5. Black Cricket cell phone (cracked screen);
6. Black Alcatel flip phone, model A405DL/IMEI 015114001644527;
7. Black Alcatel cell phone with cord;
8. Cricket Nokia cell phone (green back, pink case), IMEI 353069063719700;
9. Samsung cell phone;
10. ZTE black cell phone (broken screen), serial number 322542632873, model Z932L;
11. Black LG cell phone, serial number 809VTKE0382365, IMEI 357021093783657;
12. Black Alcatel cell phone, model A466BG, IMEI 014866004534085;
13. Hitachi 250GB hard drive, serial number 121217E20253320H9A4J;
14. Black and silver Logitech USB;
15. Gray Samsung Verizon Galaxy cell phone, model SM-G900V, IMEI 99000491788 0290;

16. Black LG cell phone, model LAAG MP450, serial number 708CYSF370558, IMEI 357017-08-3705 58-5;

17. 8G Wintec File Mate thumb drive; and

18. Black Logitech Bluetooth thumb drive, 2.0 EDR

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED January 8, 2021.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE